

# Fourth Court of Appeals
## San Antonio, Texas

December 13, 2018

No. 04-18-00388-CV

**HARLANDALE INDEPENDENT SCHOOL DISTRICT,**
Appellant

v.

**JASMINE ENGINEERING, INC.,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI02459
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice (not participating)
             Irene Rios, Justice

Appellant's motion for rehearing and motion for en banc reconsideration are DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court